CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 14 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FREEDOM HAWK KAYAK, LLC, | ) | Civil Action No. 7:12cv00305 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DISSMISSAL ORDER** |
| | ) | |
| YA TAI ELECTRIC APPLIANCES | ) | |
| CO. LTD., | ) | |
| | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's motion for default judgment is **DENIED**, and this action is **DISMISSED without prejudice** for lack of personal jurisdiction and **STRICKEN** from the court's active docket.

**ENTER**: December 14, 2012.

_____
UNITED STATES DISTRICT JUDGE